# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MERIT LIFE INSURANCE CO.,**

       **Plaintiff,**

**vs.**                                                                    **Case No. 8:06-CV-1290-T-27MSS**

**E.G., a minor, J.R. a/k/a J.H., a minor,**
**JAMES MOORE, THERESA REYNOLDS,**
**KIM REYNOLDS, and TYWANDA MOORE,**

       **Defendants.**

_____/

## TEMPORARY RESTRAINING ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Temporary Restraining Order and Affidavit of Eileen Mayes (Dkt. 4). Pursuant to 28 U.S.C. § 2361, Plaintiff seeks an order to enjoining Defendants from instituting or prosecuting any proceeding arising under or relating to the subject Plus Policy or the ADD Policy, as described in its Complaint for Interpleader (Dkt. 1). Upon consideration, it is

**ORDERED AND ADJUDGED:**

1)     Plaintiff's Motion for Temporary Restraining Order (Dkt. 4) is **GRANTED**.

2)     Merit Life Insurance Co. shall deposit **$10,161.08** into the Court registry within ten (10) days of the date of this Order. This Temporary Restraining Order is expressly conditioned on the deposit of these funds.

3)     During the pendency of this action, Defendants are restrained from instituting or prosecuting any proceeding in any State or United States court against Merit Life Insurance Co. affecting, arising under or relating to the subject Plus Policy or the ADD Policy without leave of this

Dockets.Justia.com

Court.

    4)    Merit Life Insurance Co. shall serve its Complaint and a copy of this Temporary

Restraining Order on all Defendants within twenty (20) days of the date of this Order.

    **DONE AND ORDERED** in chambers this _26th_ day of July, 2006.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Parties
Counsel of Record